Randolph L. Westbrook, III, Esq.
Nevada Bar No. 12893
LERNER & ROWE
4795 South Durango Drive
Las Vegas, Nevada 89147
(702) 877-1500
Fax: (702) 933-6309
rwestbrook@lernerandrowe.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS, a Nevada Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ARQUIDEMES COSME; UNITED STATES OF AMERICA DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION; CARECREDIT LLC; SYNCHRONY LENDING, INC.; RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP; DOES I – V; and ROE CORPORATIONS I – V;<br><br>    Defendants. | CASE NO.<br><br>**COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF** |

COMES NOW the Plaintiff, LERNER & ROWE INJURY ATTORNEYS, by and through its counsel of record, Randolph L. Westbrook, Esq., of LERNER & ROWE INJURY ATTORNEYS, and brings this Complaint in Interpleader under 28 U.S.C. § 1335 because a substantial part of the property that is subject of this complaint for interpleader is situated in Las Vegas, Nevada, which is located in the Court's judicial district and for such causes of action alleges:

. . .

- 1 -

### I. The Parties to This Complaint

a. <u>The Plaintiff in Interpleader</u>

Lerner & Rowe Injury Attorneys, incorporated under the laws of the State of Nevada, and has its principal place of business in the State of Nevada.

b. <u>The Defendants in Interpleader</u>

1. Arquidemes Cosme, a citizen of the State of Nevada.

2. The United States of America Department of Treasury, Internal Revenue Service, an agency of the United States Federal Government, existing within the State of Nevada.

3. Veterans Health Administration, a political subdivision of the Department of Veterans Affairs, an entity within the United States Federal Government, existing under the laws of the state of Nevada.

4. CareCredit LLC, is a California Limited Liability Corporation, existing and doing business in Clark County, Nevada.

5. Synchrony Lending, Inc. is a California Corporation, existing and doing business in Clark County, Nevada.

6. Rausch, Sturm, Israel, Enerson & Hornik LLP is a Wisconsin Limited Liability Partnership, existing and doing business in Clark County, Nevada.

### II. Basis for Jurisdiction and Venue

Jurisdiction is proper because defendant Arquidemes Cosme is a citizen of the state of Nevada, and defendants United States America Department of Tresaury, Internal Revenue Service, and the United States of America Department of Veterans Affairs, Veterans Health Administration are both agencies of the United States Federal Government. The property in controversy is worth $38,800.00. Venue is proper under 28 U.S.C. § 1397 because at least one defendant, Arquidemes Cosme, resides in Clark County,

Nevada, which is located in this court's judicial district. Further, a substantial part of the property that is the subject of this complaint of interpleader is situated in Clark County, Nevada.

### III. Statement of Interpleader Action

1. At all times relevant hereto, Plaintiff Lerner & Rowe Injury Attorneys was and is a Nevada Professional Corporation duly organized and existing under the laws of the State of Nevada.

2. Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendant Arquidemes Cosme is a resident of Las Vegas, Nevada.

3. Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendant United States Of America Department of Treasury, Internal Revenue Service was and is an agency of the United States Federal Government, existing within the State of Nevada, and said Defendant may have an interest in the interpleader funds.

4. Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendant Veterans Health Administration, a political subdivision of the Department of Veterans Affairs, an entity within the Federal Government, existing under the laws of the State of Nevada, and said Defendant may have an interest in the interpleader funds.

5. Plaintiff Lerner & Rowe Injury Attorneys entered into a valid lawyer's contingency retainer agreement with Arquidemes Cosme whereby Mr. Cosme agreed to pay Plaintiff 33 1/3% of any award recovered in addition to all costs associated with pursuing his claim for personal injuries against Riley Polson and his insurance company, State Farm Insurance Company, stemming from an April 15, 2017 motor vehicle accident occurring in Clark County, Nevada.

6. Lerner & Rowe Injury Attorneys has recovered personal injury proceeds in the amount of $38,800.00 on behalf of Arquidemes Cosme for his claims against Riley Polson and State Farm Insurance Company.

7. Lerner & Rowe Injury Attorneys is entitled to attorney's fees in the amount of $12,933.33, which is 33 1/3% of the "total recovery" per the retainer contract and is entitled to costs in the amount of $275.00.

8. Each of the Defendants may claim some right, entitlement, interest or benefit of the settlement funds.

9. The amounts owed the defendants, exceeds the amount of the settlement funds available.

10. Lerner & Rowe Injury Attorneys cannot safely determine without hazard to itself, to whom the proceeds of the settlement should be paid, and how the proceeds should be divided.  As such, it has become necessary to file the Complaint for Interpleader.

11. Lerner & Rowe Injury Attorneys has brought this Complaint in good faith and without collusion with any parties hereto.  As directed by the Court, Lerner & Rowe Injury Attorneys will deposit the sum of $38,800.00 and said proceeds may be held by the Court, or its designee, pending the resolution of the competing claims of the parties herein.

12. Plaintiff is entitled to a full and final release of all medical liens in exchange for individual amounts to be determined by the Court.

WHEREFORE, Plaintiff Lerner & Rowe Injury Attorneys expressly reserves its right to amend its Complaint at the time of the hearing of the action herein to include all defendants not yet ascertained, prays as follows:

### IV. Relief

1. That Defendants appear and answer to establish whatever claims they have with respect to the settlement proceeds;

2. That the Court order immediate payment to Lerner & Rowe Injury Attorneys out of the Interpleader funds the amount of $12,933.33 for attorney's fees and the sum of $275.00 for its costs based upon its valid lien.

3. That the Court determines which of the parties is entitled to the proceeds of the award and to what extent each party shall rightfully be paid;

4. That the Court award reasonable attorney's fees to the undersigned counsel by reason of necessity of bringing this action;

5. For costs incurred herein; and

6. That the Court affords any further relief as it may deem just and proper.

LERNER & ROWE INJURY ATTORNEYS

*/s/ Randolph Westbrook*
Randolph L. Westbrook III, Esq.
Nevada Bar No. 12893
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorney for Plaintiff