J Christopher Jorgensen
Nevada Bar No. 5382
Matthew Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Synchrony Bank identified herein as
Care Credit, LLC and Synchrony Financing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LERNER & ROE INJURY ATTORNEYS, a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARQUIDEMES COSME; UNITED SATES OF AMERICA DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION; CARE CREDIT LLC; SYNCHRONY LENDING, INC.; RAUSCH STURM, ISRAEL, ENERSON & HORNIK LLP; DOES I-V; and ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO. 2:20-cv-00465-APG-EJY<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS CARE CREDIT LLC AND SYNCHRONY LENDING, INC TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Lerner & Rowe Injury Attorneys ("Plaintiff") and Defendants CareCredit LLC and Synchrony Lending, Inc. ("Synchrony Defendants"), (together, the "Parties") hereby jointly move for an extension, by and through their attorneys of record, as set forth below:

WHEREAS, Plaintiff filed a Complaint on March 5, 2020;

WHEREAS, Synchrony Defendants received the Complaint on March 11, 2020;

WHEREAS, this extension is requested in good faith so as to give the Parties additional time to investigate the claims in this matter and pursue possible settlement;

110864327.1

WHEREBY, the Synchrony Defendants requested and Plaintiff agreed to extend the Synchrony Defendants' time to file and serve a response to Plaintiff's Complaint in Interpleader from April 1, 2020, to May 1, 2020;

For the foregoing reasons, the Parties request this Court grant their Joint Motion to extend Synchrony's time to file and serve a response to Plaintiff's Complaint to May 1, 2020.

DATED: April 1, 2020    LERNER & ROWE

By: */s/ Randolph L. Westbrook, III*
Randolph L. Westbrook (SBN 12893)
4795 South Durango Drive
Las Vegas, NV 89147
*Attorney for Plaintiff*

DATED: April 1, 2020    LEWIS ROCA ROTHBERGER CHRISTIE, LLP

By   /s/ *J Christopher Jorgensen*
J Christopher Jorgensen (SBN 5382)
Matthew Tsai (SBN 14290)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
*Attorney for Defendants Care Credit LLC and Synchrony Financing, Inc.*

**ORDER**

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: April 2, 2020