NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIAN IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lerner & Rowe Injury Attorneys a Nevada Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Arquidemes Cosme, et. al,<br><br>    Defendant. | Case No.  2:20-CV-00465-APG-EJY<br><br>**Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (First Request)** |

Pursuant to Local Rule IA 6-1, Federal Defendants request a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response is due by May 11, 2020. With the extension, the new deadline to answer or otherwise respond would be June 10, 2019. In support of the request, the Federal Defendants would use the additional time to fully evaluate the allegations in the complaint and explore early resolution. Federal Defendants do not anticipate that more than the 30 days requested will be necessary to conduct the necessary evaluation and good faith settlement discussions. Counsel for the United States has discussed this matter with counsel for Plaintiff. The parties agree to the proposed 30-day extension.

//

//

**WHEREFORE**, the United States respectfully requests that this stipulation be granted and that the answer or other response be made due by **June 10, 2020**.

Respectfully submitted this 7th day of May 2020.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Joseph Schmitt<br>JOSEPH SCHMITT<br>Counsel for Plaintiff | /s/ Brian W. Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br>Counsel for Defendant |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 8, 2020