Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 967-2529
E-mail: jschmitt@lernerandrowe.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS, a Nevada Corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>ARQUIDEMES COSME, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:20-CV-00465-APG-EJY<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

　　　COME NOW the parties, by and through their undersigned attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that none of the parties are a prevailing party in this action and none will seek any attorney's fees, costs, or interest pursuant to any rule, statute or law, whether local, state or federal.

…

…

…

The undersigned Defendants also hereby acknowledge receipt of the funds described in the Stipulation and Order Regarding Disbursement of Interpled Funds filed September 9, 2020 (Doc. No. 26).

Dated this 30th day of October, 2020.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Joseph F. Schmitt<br>JOSEPH F. SCHMITT<br>Counsel for Plaintiff | /s/ Brian W. Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br>Counsel for Defendants<br>Internal Revenue Service and<br>Dept. of Veterans Affairs |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | |
| /s/ Matthew Tsai<br>J. CHRISTOPHER JORGENSEN<br>MATTHEW TSAI<br>Counsel for Defendant<br>Synchrony Bank identified herein as<br>Care Credit, LLC and<br>Synchrony Lending, Inc. | ARQUIDEMES COSME, an individual Defendant |

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. All pending motions are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 2, 2020